## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| CHANNING R. KNAPP, | : | |
| Plaintiff, | : | |
| vs. | : | CA 21-0394-MU |
| KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security, | : | |
| | : | |
| Defendant. | | |

## JUDGMENT

In accordance with the memorandum opinion and order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiff be awarded attorney's fees in the amount of $1,325.10 under the Equal Access to Justice Act, representing compensation for 6 hours of service by Ann Winslow Butts, Esquire, at the cost-of-living-adjusted rate of $220.85.

**DONE** this the 8th day of June, 2022.

s/P. Bradley Murray<br>
**UNITED STATES MAGISTRATE JUDGE**